*Bock*, 549 U.S. 199, 127 S.Ct. 910, 921, 166 L.Ed.2d 798 (2007). As a result, the 2005 decision dismissing Howard's complaint for failure to plead exhaustion is at odds with current Supreme Court case law, and, is therefore not entitled to *res judicata* deference.

Accordingly, we vacate and remand this case to the district court.

**VACATED AND REMANDED.**

L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Harris's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Trenton HARRIS, Defendant–**
**Appellant.**

No. 07–14841
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 29, 2008.

Reza Sedghi, Macon, GA, for Defendant–Appellant.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

Before BIRCH, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Reza Sedghi, appointed counsel for Trenton Harris, has filed a renewed motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

**Morris WILLIAMS, Plaintiff–**
**Appellant,**

v.

**The MIAMI–DADE POLICE**
**DEPARTMENT,**
**Defendant,**

**Det. Carl Baaske, Det. Marcu Carey,**
**Officer James McIntosh,**
**Defendants–Appellees.**

No. 08–10800
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 29, 2008.